UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVEN WADE<br><br>  Plaintiffs,<br><br>  v.<br><br>SIEMENS INDUSTRY, INC., doing business as and referred to as SIEMENS USA, and ACARA SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:20-cv-02075-TLN-KJN<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

Plaintiff through his counsel, hereby gives notice to this Court that Defendants have served a Rule 68 offer of judgment on May 27, 2021 and such offer has been accepted by plaintiff Irven Wade on June 1, 2021. Plaintiff hereby requests that the court enter judgment against Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure. A copy of the offer of judgment is attached hereto as Exhibit A.

Dated: June 1, 2021                                      Respectfully submitted,

                                                              Andrew Rozynski (admitted *pro hac vice*)
                                                              **EISENBERG & BAUM, LLP**
                                                              24 Union Square East, PH
                                                              New York, NY 10003
                                                              Main: (212) 353-8700
                                                              Fax: (917) 591-2875
                                                              arozynski@eandblaw.com
                                                              *Attorneys for Plaintiff*