**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SB#253990
　E-Mail: Derek.Sachs@lewisbrisbois.com
ANTHONY C. OCEGUERA, SB# 259117
　E-Mail: Anthony.Oceguera@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant ACARA SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVEN WADE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SIEMENS INDUSTRY, INC., doing business as and referred to as SIEMENS USA, and ACARA SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02075-TLN-KJN<br><br>**DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF IRVEN WADE (Fed. R. Civ. P. 68)**<br><br>Action Filed:　October 16, 2020<br>Trial Date:　None Set |

**TO PLAINTIFF IRVEN WADE ("PLAINTIFF"), ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　Defendants ACARA SOLUTIONS, INC. and SIEMENS INDUSTRY, INC. ("Defendants") offer to Plaintiff the total sum of seventeen thousand, five hundred dollars and zero cents ($17,500) be taken against them in this matter.　The sum set out in this offer includes all costs and attorneys' fees otherwise recoverable in this action to date and shall be paid within thirty (30) days of acceptance of the offer by Defendant ACARA SOLUTIONS, INC.

　　　This offer of judgment is made for the purposes of Federal Rule of Civil Procedure ("F.R.C.P.") Rule 68, and neither it nor any judgment that may result from this offer may be construed either as an admission of liability on the part of Defendants or that Plaintiff has suffered any damage.



4823-7904-2540.1　　　　　　　　　　　1
DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF IRVEN WADE

1  This offer shall not be filed with the Court unless a written notice of acceptance of the
2 offer is served within 14 days of the date that it was served on you and shall be deemed withdrawn
3 if such service is not effectuated within the timeframe provided.

4  If Plaintiff does not obtain a Judgment against Defendants more favorable than this offer,
5 Plaintiff must pay Defendants the costs it incurred after this offer was made, as set forth in
6 F.R.C.P. Rule 68.  Further, if this offer is rejected and Plaintiff does not beat it at trial, any
7 attorneys' fee claim may be capped as of today.

DATED:  May 27, 2021             **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____/s/ Anthony Oceguera_____
DEREK S. SACHS
ANTHONY C. OCEGUERA
Attorneys for Defendant ACARA SOLUTIONS, INC.

**BAKER & HOSTETLER LLP**

DATED:  May 27, 2021

By: _____/s/ Christopher Habashy_____
Sabrina Shadi
Christopher M. Habashy

*Attorneys for Defendant*
SIEMENS MOBILITY, INC. (erroneously sued as SIEMENS INDUSTRY, INC.)



4823-7904-2540.1

2

DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF IRVEN WADE

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Irven Wade v. Siemens Industry, et al.
Case No. 2:20-CV-02075-TLN-KJN

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to this action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833.

On May 27, 2021, I served true copies of the following document(s):

- **DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF IRVEN WADE (FED. R. CIV. P. 68)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Andrew Rozynski
David Hommel
Kristen Harris
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
Tel:    212-353-8700
Fax:   212-353-1708
Email: arozynski@eandblaw.com
          dhommel@EandBLaw.com
          KHarris@EandBLaw.com

Sabrina L. Shadi
Christopher M. Habashy
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Tel:    310.820.8800
Fax:   310.820.8859
sshadi@bakerlaw.com
chabashy@bakerlaw.com

John Karl Buche
BUCHE & ASSOCIATES, PC
875 Prospect St., Suite 305
LaJolla, CA 92037
Tel:    858-459-9111
Fax:   858-430-2426
Email: jbuche@buchelaw.com

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2021, at Sacramento, California.

*/s/ Koreen A. Janus/*
Koreen L. Janus