FILED
June 2, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

# JUDGMENT

IRVEN WADE,

    Plaintiff,

v.

2:20-CV-02075-TLN-KJN

SIEMENS INDUSTRY, INC., et al.

    Defendants.

IT IS ORDERED AND ADJUDGED:

**That judgment is hereby ENTERED pursuant to the Notice of Acceptance of Rule 68 Offer of Judgment filed on June 1, 2021.**

Keith Holland,
Clerk of the Court

ENTERED: June 2, 2021

by: */s/ Michele Krueger*
Michele Krueger,
Courtroom Deputy